UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROSALINDA WILSON,

NO. Civ.S-11-0523 LKK/CKD

　　　　Plaintiff,

　　v.

TARGET CORPORATION, and
DOES 1 through 50, inclusive,

　　　　Defendants.
_____/

**ORDER RE DISPOSAL DOCUMENTS AFTER NOTIFICATION OF SETTLEMENT**\

　　Counsel for defendant has filed a Notice of Settlement in the above-captioned case. The court now orders that the dispositional documents disposing of the case be filed no later than twenty (20) days from the effective date of this order.

　　All hearing dates heretofore set in this matter are hereby **VACATED.**

　　<u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO </u>

////

////

////

1

CONTRIBUTED TO THE VIOLATION OF THIS ORDER.

IT IS SO ORDERED.

DATED: July 17, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2