CORREN AND CORREN
ADAM BLAR CORREN, Bar No. 183067
E-mail: correnlaw@sbcglobal.net
5345 N. El Dorado, Suite 7
Stockton, CA  95207
Telephone:    209.478.2621
Fax No.:       209.4783038

Attorney for Plaintiff
ROSALINDA WILSON

SEYFARTH SHAW LLP
Laura Maechtlen (SBN 224923)
E-mail: lmaechtlen@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, CA  94105
Telephone:    415-397-2823
Facsimile:     415-397-8549

Sophia S. Kwan (SBN 257666)
E-mail: skwan@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, CA  95814
Telephone: 916-448-0159
Facsimile 916-558-4839

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALINDA WILSON,<br><br>        Plaintiff,<br><br>  v.<br><br>TARGET CORPORATION, and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No.  2:11-CV-00523-LKK-CKD<br><br>**JOINT STIPULATION FOR DISMISSAL AND ORDER** |

IT IS HEREBY STIPULATED by and between plaintiff Rosalinda Wilson and defendant Target Corporation, through their respective counsel of record, that plaintiff's Complaint bearing case number 2:11-CV-00523-LKK-CKD (removed from San Joaquin County Superior

Court, case no. 39-2010-00255311-CU-OE-STK), and all causes of action contained therein, be dismissed WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41 (a) (1).  Plaintiff and defendant agree that the parties will bear their own costs and fees of suit.

Dated: July 31, 2012            CORREN & CORREN

By:     /s/ Adam Blair Corren
ADAM BLAIR CORREN
Attorney for Plaintiff
ROSALINDA WILSON

Dated: July 31, 2012            SEYFARTH SHAW LLP

By:     /s/Sophia Kwan
LAURA J. MAECHTLEN
SOPHIA KWAN
Attorneys for Defendant
Target Corporation

## **ORDER**

It is hereby ORDERED that the above-captioned matter be, and hereby is, dismissed in its entirety with prejudice, with each party to bear its own fees and costs in connection with this action.

IT IS SO ORDERED.

DATED:  August 3, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2.          Case No.  2:11-CV-00523-LKK-CKD